UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FELICIA R. ALLEN, | |
|---|---|
| Plaintiff, | Case No. 23-cv-02134-KAW |
| v. | ORDER TO SHOW CAUSE |
| USA CORPORATION, et al., | |
| Defendants. | |

This action was filed on May 2, 2023. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that August 1, 2023 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  To date, no proof of service has been filed.  The Case Management Conference (CMC), originally scheduled for October 24, 2023, was continued to November 28, 2023, because Defendant had not been served 7 days prior to the original CMC date.  (Dkt. No. 11.)

IT IS HEREBY ORDERED that by no later than November 9, 2023, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: October 19, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge