UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA R. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USA CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-02134-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 12 |

On October 19, 2023, the Court issued an order to show cause why this case should not be dismissed for failure to serve Defendants pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. No. 12.) Plaintiff's response was due by November 9, 2023. To date, the Court has not received a response. Additionally, Plaintiff failed to file a case management conference statement, requiring that the Court again continue the case management conference. (*See* Dkt. No. 13.)

Accordingly, the Court ORDERS Plaintiff to show cause by **January 4, 2024** why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants by: (1) filing proof that Defendants have been served, and (2) explaining why Plaintiff failed to respond to the Court's prior order to show cause. Failure to comply **will** result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to serve.

IT IS SO ORDERED.

Dated: December 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge